AO 120 (Rev. 08/10) (CAND version 7/18)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450<br>**Do not mail; see e-filing instructions at bottom of page.** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Northern District of California on the following ...

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:19-cv-04283-VKD | DATE FILED<br>7/26/2019 | U.S. DISTRICT COURT<br>Northern District of California - San Jose |
|---|---|---|
| PLAINTIFF<br>VINEBOX INC. | | DEFENDANT<br>LATITUDE BEVERAGE COMPANY, and DOES 1 through 25, inclusive |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | Reg. No. 5014572 | 8/2/2016 | VINEBOX INC. |
| 2 | Reg. No. 5092554 | 11/29/2016 | VINEBOX INC. |
| 3 | Reg. No. 5092557 | 11/29/2016 | VINEBOX INC. |
| 4 | Ser. No. 88166381 | 10/23/2018 | Latitude Beverage Company (Applicant) |
| 5 | Ser. No. 88252759 | 1/7/2019 | VINEBOX INC. (Applicant) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>Susan Y. Soong | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**E-filing instructions: Please save and e-file in CM/ECF under Other Filings > Other Documents > Patent/Trademark Report.**